☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 25-882M(NJ)
information associated with a certain Facebook account that is )
stored at premises owned, maintained, controlled, or operated )
by Meta Platforms, Inc. ("Meta"), a company headquartered in )
Menlo Park, California )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   5/16/2025   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Nancy Joseph   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5/2/2025 @ 1:17 p.m.

*Judge's signature*

City and state:   Milwaukee, WI   Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information between January 1, 2024, and Present, associated with the Facebook Account below, that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California:

Requested Account

- Facebook Profile ID/Identification: 100057471992053

- Facebook Username: Tee Jay (Dragon Killa)

- Facebook URL: https://www.facebook.com/STTGJay



**ATTACHMENT B**

**Particular Things to be Seized**

**I.** Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including for user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)     All past and current usernames associated with the account;

(c)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2024, to Present;

(d)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them January 1, 2024, to Present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(e)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists,

including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, advertising ID, and user agent string;

(g)    All other records and contents of communications and messages made or received by the user January 1, 2024, to Present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(h)    All IP logs, including all records of the IP addresses that logged into the account;

(i)    All past and present lists of friends created by the account;

(j)    All records of Facebook searches performed by the account January 1, 2024, to Present;

(k)    All information about the user's access and use of Facebook Marketplace;

(l)    The types of service utilized by the user;

2

(m)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o)     Records of any Facebook accounts that are linked to the account by machine cookies (meaning all Facebook user IDs that logged into Facebook by the same machine as the account); and

(p)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 DAYS of issuance of this warrant.

3

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 922 (g)(1), Possession of Firearm by Person Convicted in Any Court of Crime; 922(g)(3), Possession of Firearm by Unlawful Drug User; 924(c), Use of Firearm in Federal Drug Crime; and Title 21, United States Code, Section 841(a)(1), possession with intent to distribute controlled substances, involving Jadyn J. CHANTHAVONG (DOB: XX/XX/2001) and other known and unknowns from January 1, 2024, to present, including, the account identified on Attachment A, information pertaining to the following matters:

    (a) Information on subject's travel from Wisconsin to other states with narcotics or firearms;

    (b) Any information regarding narcotic sales;

    (c) The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of sale and use of controlled substances, including records that help reveal their whereabouts;

    (d) Any information related to motive, intent, or knowledge of the violations described above;

    (e) Any information related to the concealment or destruction of evidence of the violations described above;

    (f) The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between the suspect and others related to the relevant offense conduct in the above-listed crimes;

4

(g)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(h)     Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(i)     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with a certain Facebook account that is stored at<br>premises owned, maintained, controlled, or operated by Meta Platforms,<br>Inc. ("Meta"), a company headquartered in Menlo Park, California | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 25-882M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1), 922(g)(3), &<br>924(c); 21 USC 841(a)(1) | Felon in Possession of a Firearm; Unlawful Possession of a Firearm by a drug user; possession of a firearm in furtherance of a drug trafficking offense; possession with intent to distribute controlled substances |

The application is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alexis Krusic, TFO-ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means).*

Date: 5/2/2025

*Judge's signature*

City and state: Milwaukee, WI      Honorable Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Alexis Krusic, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2.      I am a Task Force Officer (TFO) of the United States Justice Department, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Milwaukee IV Field Office. I am a Detective out of the Criminal Investigations Division with the Milwaukee County Sheriff's Office (MCSO) since 2020. I have been employed with MCSO since January of 2016 and a TFO since March of 2020.  My duties as a TFO with ATF include investigating alleged violations of the federal firearms, explosives, and arson statutes. My duties with MCSO include investigating state violations of all criminal offenses.

3.      I have completed approximately 920 hours/6 months of training at the Milwaukee County Sheriff's Office Training Academy through the Wisconsin Law Enforcement Standards Bureau.  That training included various legal courses related to

Constitutional Law as well as search and seizure authority. Additionally, I have received training on how to conduct various tasks associated with criminal investigations, such as: interviewing, surveillance, and evidence collection. I have read reports and worked with other officers/agents in complex investigations where I know that criminals put information on social media platforms to convey a message to groups of people and use their cellphones to communicate with individuals about the crime(s) they have committed to include before, during and after the incident.

4.      I have been part of MCSO's Bomb Squad Unit since 2019 and have taken part in multiple explosive investigations and disposal of devices. I completed the Federal Bureau of Investigation's Hazardous Devices School, 5-week certification program, to become a certified bomb technician.

5.      I received my bachelor's degree from the University of Wisconsin-Milwaukee in Criminal Justice with a specialty in Crime Analysis in 2015.

6.      I have participated in firearm and drug trafficking investigations that involved the search of social media, and the seizure of computers, cellular phones, cameras, and other digital storage devices. The subsequent analysis of electronic data stored within these accounts or computers, cellular phones, cameras, and other digital storage devices, on many occasions, has provided evidence of the crimes being investigated and corroborated information already known or suspected by law enforcement.

7.      As a Task Force Officer, I have also participated in the investigation of narcotics-related offenses, which have included the seizure of illegal drugs, weapons, United States currency, and other evidence of criminal activity. Through my training and

2

experience, I have become aware of the methods used by drug traffickers to manufacture, smuggle, safeguard, and distribute narcotics, and to collect and launder trafficking-derived proceeds. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such.

8.     I also know from training and experience that it is common for drug users, drug dealers, firearm traffickers, firearm possessors, and firearm straw purchasers to communicate by cellular phone through a variety of electronic media. The participants in these criminal organizations can use text (SMS) messaging, iMessage, phone calls, electronic mail, messaging applications, and various social media applications such as Facebook, Snapchat and Twitter to communicate about and organize criminal activity.

9.     I am personally involved in the investigation of the offenses discussed in this affidavit and I am familiar with all aspects of this investigation. The statements contained in this affidavit are based on my knowledge and, in part, information provided by law enforcement officers (LEOs), including (a) my personal knowledge and observations derived from participation in this investigation; (b) review of oral and written reports that I have received directly or indirectly from other LEOs about this and other investigations; (c) discussions I personally had concerning this investigation with other experienced investigators; (d) public records; (e) records obtained from law enforcement databases; (f) my training and experience as an ATF task force officer; and (g) the training and experience of other LEOs involved in this investigation.

3

10.     Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only facts that I believe are sufficient to establish probable cause to believe that the electronic devices described herein contain evidence relating to violations of Title 18, United States Code, Sections 922 (g)(1),Possession of Firearm by Person Convicted in Any Court of Crime; 922(g)(3), Possession of Firearm by Unlawful Drug User; 924(c), Use of Firearm in Federal Drug Crime; and Title 21, United States Code Section 841(a)(1), possession with intent to distribute a controlled substance that have been committed by Jadyn J. CHANTHAVONG (M/B, 03/30/01) and other known and unknown subjects. There is probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

**<u>PROBABLE CAUSE</u>**

11.     I am aware of an investigation into Jadyn J. CHANTHAVONG (M/B, XX/XX/2001) where CHANTHAVONG was the operator of a motor vehicle that was pulled over for speeding. Narcotics and firearms were ultimately recovered from the vehicle.

12.     More specifically, on February 22, 2025, a Milwaukee County Sheriff's Office Deputy observed a black Hyundai Santa Fe traveling 83 mph in a posted 55 mph zone with an unreadable license plate displayed traveling northbound Interstate 43 at Lapham Boulevard. The deputy initiated a traffic stop.

13.     The driver was identified via Wisconsin identification card as Jadyn J. CHANTHAVONG and the passenger was identified via Wisconsin identification card as Abigail LARES (DOB: XX/XX/00). Both occupants stated they did not have a driver's license.

4

14.     LARES told the Deputy that 'they' had owned the Hyundai Santa Fe for four months. The Deputy checked the Hyundai Santa Fe VIN and the registration did not come back to either occupant.

15.     The Deputy requested a tow for the vehicle, due to having no valid driver on scene. Both occupants were removed from the Hyundai, patted down and placed in the rear of the Deputy's squad car for future conveyance off the freeway once the Hyundai was towed from the freeway.

   a.   Per Milwaukee County Sheriff's Office policy, when a vehicle is towed, an inventory search is conducted to document any valuables within the vehicle before being sent to the tow lot. The Deputy performed an inventory of the Hyundai.

16.     The following items of relevance were recovered from the vehicle as a result of the inventory search:

   a.   Two cell phones (white iPhone with dark/hard phone case and black iPhone with no phone case), recovered from the center console cupholder;

   b.   A black Glock 19 pistol bearing serial number (SN) BUYE415, loaded with ammunition;

   c.   A bag containing approximately 8 grams of a broken, white, rock-like substance from glovebox;

   d.   A bag containing approximately 11 grams of a hard, rock-like substance and approximately 3 grams of a small, dark, rocky substance;

5

e. A bag containing approximately 46 grams of a large, white, rock-like substance;

f. A bag containing approximately 5g of a small dark, rock-like substance;

    i. All white substances (totaling approximately 65 grams) field tested positive for Fentanyl and Cocaine;

g. All dark substances (totaling approximately 8 grams) field tested positive for Fentanyl and Heroin;

h. US Currency: $1,159.00 recovered from the glovebox;

i. A pink purse recovered from behind driver's seat on the rear floor;

j. A black and grey backpack recovered from behind driver's seat on rear floor;

k. US Currency: $724 recovered from the pink purse;

l. An EP Armory 'AR platform' style firearm loaded with ammunition from a drum magazine recovered from the black and grey backpack with a machinegun conversion device (MCD) installed; this firearm was identified as a privately made firearm with no serial number

m. Magazine containing 28 rounds of .223 caliber ammunition recovered from the black and grey backpack;

n. An all grey backpack recovered from rear seat behind front passenger seat;

17. A bag containing approximately 279 grams of a green leafy substance recovered from the grey backpack;

18. A bag containing approximately 30 grams of a green leafy substance recovered from the grey backpack;

19.     A bag containing [50] empty bags recovered from the grey backpack;

   a.   Both bags of the green leafy substance field tested positive for THC.

20.     Three cell phones were seized from this incident.

   a.   Taken off Lares: dark purple iPhone with clear phone case;

   b.    Removed from Hyundai cup holder: black Apple iPhone with no phone case;

   c.   Removed from Hyundai cup holder: white Apple iPhone with hard black phone case;

   d.   When the Deputy asked the subjects if they needed anything from the vehicle, CHANTHAVONG asked the Deputy to retrieve his cell phones from the vehicle's cup holder.

21.     A state search warrant was obtained for the three devices removed from the Hyundai.

22.     The dark purple iPhone [from LARES] is pending extraction.

23.     The white Apple iPhone with hard black phone case [CHANTHAVONG] was unable to be extracted.

24.     The black Apple iPhone with no case [CHANTHAVONG] was extracted.

25.     Pursuant to the state search warrant extraction of the black Apple iPhone, investigators observed linked accounts to the cellular device, to include the Facebook page for 'teejay' [CHANTHAVONG]. To include the following email addresses linked to accounts used in the device: buddamix45@icloud.com , jadynstaylowkey@gmail.com , and jayteescoring@gmail.com .

7

26.     Within the device extraction, there were linked Facebook Messenger Media to include the following:

a.  February 15, 2025, at 10:52 pm, there was an audio message sent from Account ID: 100008014541159 [Luh Bro Zaza' to this profile stating that he was waiting for someone to Cashapp him so that he could pay the subject via Cashapp he was sending the audio message to as he didn't like owing people and didn't want to owe the subject any longer.

b.  February 11, 2025, at 10:18 pm, there was an audio message from 'Luh Bro Zaza' where he told the account holder that 'this' wouldn't happen again and would only 'come with cash' going forward. The subject told the account holder, "Tomorrow pull up on 17th Street so I can give you that so that there are no issues big bro. I'm gonna have 260 too cause I need a zip for me personally".

    i.  Based on my training and experience a 'zip' is a drug term that is usually used to reference narcotics amounts/weights.

c.  February 8, 2025, at 9:20 pm, there was an audio message from 'Luh Bro Zaza' thanking the subject for not rushing him and that he'd have money for him the following day because he was getting paid. The subject told the account holder that he'd have $400 for him.

d.  January 30, 2025, at 10:38 pm, the phone owner sent an attachment of a bag containing marijuana .

8



att.kAw9vT0EssAJJsgYaYLmVtC1-ClBqSE454AAy0ZJhFc.jpg | Created: 1/30/2025, 10:38 PM
Accessed: 1/30/2025, 10:38 PM | Modified: 1/30/2025, 10:38 PM
Source: Facebook Messenger | Sent by: Phone owner
Is Attachment

e. January 23, 2025, at 1:16 pm, the phone owner sent the following image (CHANTHAVONG)- showing the attached account belonged to him.



att.krQoNnsAa3LGP949F6uaKZt2jlDhYALSdgURKcZ_oN0.jpg | Created: 1/23/2025, 01:16 PM
Accessed: 1/23/2025, 01:16 PM | Modified: 1/23/2025, 01:16 PM
Source: Facebook Messenger | Sent by: Phone owner
Is Attachment

f. January 22, 2025, at 5:35 pm, there was an audio message from Account ID: 100079941169965 ['Low Low'], who appeared to be a young child. In the

9

audio clip, the subject told the account holder, "Tomorrow, I got 10 on me but I ain't got the whole other 10 on me. I was just wondering if I could get...if you could come pull up on me for this other 10, I got you tomorrow or on Friday."

g. There were also numerous images sent by other Facebook users of photos of marijuana to the account holder.

27.   Within the device extraction, there was linked Media from Messages to include the following:

a. February 4, 2025, at 7:56 pm, a screenshot of a Cashapp profile sent from the device owner for 'Limu Paid- $Limupaper'

b. January 12, 2025, at 11:06 am, a subject sent a screenshot of a Venmo confirmation that they paid 'Jay'

c. December 28, 2024, at 7:30 pm, the device owner sent a screenshot of a text conversation with 'Dylan 36/38' with 'Dylan' messaging, "Slide do a grit for 30" and the other subject messaged Dylan to 'be outside'

   i. Based on my training and experience 'grit' is a slang term for crack/cocaine.

28.   Under Media, the following was located

a. January 3, 2025



29.     The following was located from CHANTHAVONG's publicly visible Facebook profile:



11

Co-Defendant- LARES' post tagging CHANTHAVANG







Listed above in the intro of the profile, it makes mention of 'drac', which is believed to be a 'draco' (type of firearm). The emoji's shown above were also known to be used by the Milwaukee street gang 'Shark Gang/Wild 100's'

13

30.    There were over 3,200 conversation messages in this device with a large quantity of drug dealing conversations. Below conversations are an example of some of those conversations:

a.  February 22, 2025: conversation with '36th Pop'

   i.  36th Pop: You do t [don't] do any trading of some sort for some g?

   ii.  Device Owner: What u got

   iii.  36th Pop: Idk if u play games or not but got nice ass Astro wired gaming headphones or serie 3 Apple Watch or mini safe

   iv.  Device Owner: Bring all out rn [right now]

   v.  Device Owner: Pullin up

   vi.  36th Pop: What's the chance I can get small front not no ball if I didn't ruin that relationship with u boss man? Unless u could possibly want a radio

   vii.  36th Pop: U can just tell me no smite I'll take that since I didn't pay I said I would

b.  February 17, 2025: conversation with 'Veronica'

   i.  Veronica: Do you think I can hold something. Doesn't have to be much. Plzz

   ii.  Device Owner: A ten

   iii.  Veronica: Really tho come on now for real tho can u atleast do like a grit plZz

   iv.  Device Owner: Bro you said not much bro. You still ow me

14

      v.   Veronica: Yea but that's not much at all doe u know I'm good for it

     vi.   Device Owner: Hm [how much] u ow me?

    vii.   Veronica: Just 40

   viii.   Device Owner: I want 100 back

     ix.   Veronica: Ok that's fine

c. Later in the day [conversation with 'Veronica']

      i.   Veronica: Yoo I wanted to ask u if u could do me a huge favor plzz

     ii.   Device Owner: No

    iii.   Veronica: I wanted to know if I can hold another grit and I'll pay u extra

    iv.   Device Owner: No

d. February 11, 2025: conversation with 'Veronica'

      i.   Veronica: U mobile

         I.   Slang asking if a drug dealer is out selling

     ii.   Device Owner: No

    iii.   Veronica: Yo where you at I'm on Layton right now I was going to see if I can meet you real quick if not I'm going to pull up on 9th to see if you're there

e. February 5, 2025: conversation with 'Lee'

      i.   Device Owner: Wyo [what you on]? Wanna get Smokey till my bitch get back wit da truck

     ii.   Lee: I just got out of court

    iii.   Device Owner: Well I hurd from ya so it must a went good

  iv. Device Owner: But I out here hit me

  v. Device Owner: New smoke in but I got a lil bit of the other shii left to

   I'll let go 80 a zap

  vi. Lee: Aight bet ima lyk [let you know]

f. January 14, 2025: conversation with 'Val Pops'

  i. Val Pops: If you come out stop by me kid I need u tonight

  ii. Device Owner: 4 min

  iii. Val Pops: Ok...I need a good blessing...Fucked up frfr [for real for real]

  iv. Device Owner: Here

  v. Val Pops: Way [where you at]

  vi. Device Owner: Out here

  vii. Val Pops: Don't forget the $5 kid

  viii. Val Pops: I got $10 I need a halfie

  ix. Device Owner: All cash?

  x. Val Pops: Waiting on dude to pull up with the other half of $$

  xi. Val Pops: The teener for the $50

g. Under this device's media, there was a contact for 'Wifey' with the phone number (262)327-8485, that was believed to be LARES.

h. Under a chat with '(262)327-8485, messages had been deleted between the two per the conversation error showing 'This message has been deleted'. In the conversation, the two would speak as if they were in a relationship using the terms, 'baby', I love you, kissing emojis, etc.

16

i. February 17, 2025: conversation with (262)327-8485

    I. Device Owner: Trynna keep my eyes open im so high and tired"

    II. '11th': Go home and to sleep baby

    III. Device Owner: I got some super za for us to smoke

ii. February 19, 2025: conversation with (262)327-8485

    I. 11th: Way [where you at]

    II. Device Owner: In the truck lol

    III. 11th: 🙃🙃🙃🙃

iii. February 7, 2025: conversation with 'Lucas'

    I. Lucas: How much for a ⚡ of what's on yo story

    II. Device Owner: 120

    III. Lucas: Ight imma lyk [let you know]

iv. December 17, 2024: conversation with 'Dylan 36'

    I. Device Owner: Can you find some ❄️

    II. Dylan 36: Damn near how much tho

    III. Device Owner: A lot

    IV. Device Owner: Few zaps

    V. Dylan 36: Ok hold up

    VI. Dylan 36: He need 650 each zap

    VII. Device Owner: I'm good

    VIII. Dylan 36: U got any rn [right now]

    IX. Device Owner: Yea

17

     v.   December 19, 2024: conversation with 'Dylan 36'

        I.     Device Owner: My bad I forgot bout you

       II.     Device Owner: On my way!

      III.     Device Owner: Come out

      IV.     Dylan 36: omw

       V.     Dylan 36: Plug my 20 tho lol

      VI.     Device Owner: Text me

     VII.     Dylan 36: A grit for 35 my 20 nd 10 I got 15 cash its my guys he gunna come out but not walk up to car

    VIII.     (Later in the evening) Dylan 36: These niggas gotta catch a bus bro if it comes there gunna dip

      IX.     Dylan 36: Im trynna stall these niggas

       X.     Dylan 36: How long

      XI.     Device Owner: Got flicked

     XII.     Device Owner: Switching cars

**BACKGROUND CONCERNING FACEBOOK[1]**

31.     Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com.  Facebook users can use their accounts

---

[1] The information in this section is based on information published by Meta on its Facebook website, including, but not limited to, the following webpages: "Privacy Policy," available at https://www.facebook.com/privacy/policy;     "Terms     of     Service,"     available     at https://www.facebook.com/legal/terms;     "Help     Center,"     available     at

18

to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

32. Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

33. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

34. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to

---

https://www.facebook.com/help; and "Information for Law Enforcement Authorities," available at https://www.facebook.com/safety/groups/law/guidelines/.

particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

35. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

36. Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes. Users can "tag" other users in a photo or video, and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

37. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content unless deleted by the user, and also retains transactional records

20

related to voice and video chats.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

38.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

39.    Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

40.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

41.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

42.    Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

43.    In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform.  When a

21

Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

44.     Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform.  For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

45.     Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

46.     Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

47.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training

and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

48.     Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning

subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

49.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

**CONCLUSION**

50.    Based on the foregoing, I request that the Court issue the proposed search warrant.

51.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

52.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

24

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information between January 1, 2024, and Present, associated with the Facebook Account below, that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California:

Requested Account

- Facebook Profile ID/Identification: 100057471992053

- Facebook Username: Tee Jay (Dragon Killa)

- Facebook URL: https://www.facebook.com/STTGJay



**ATTACHMENT B**

**Particular Things to be Seized**

**I.**     Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including for user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)     All past and current usernames associated with the account;

(c)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2024, to Present;

(d)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them January 1, 2024, to Present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(e)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists,

including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, advertising ID, and user agent string;

(g)    All other records and contents of communications and messages made or received by the user January 1, 2024, to Present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(h)    All IP logs, including all records of the IP addresses that logged into the account;

(i)    All past and present lists of friends created by the account;

(j)    All records of Facebook searches performed by the account January 1, 2024, to Present;

(k)    All information about the user's access and use of Facebook Marketplace;

(l)    The types of service utilized by the user;

2

(m)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o)     Records of any Facebook accounts that are linked to the account by machine cookies (meaning all Facebook user IDs that logged into Facebook by the same machine as the account); and

(p)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 DAYS of issuance of this warrant.

## II.  Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 922 (g)(1), Possession of Firearm by Person Convicted in Any Court of Crime; 922(g)(3), Possession of Firearm by Unlawful Drug User; 924(c), Use of Firearm in Federal Drug Crime; and Title 21, United States Code, Section 841(a)(1), possession with intent to distribute controlled substances, involving Jadyn J. CHANTHAVONG (DOB: XX/XX/2001) and other known and unknowns from January 1, 2024, to present, including, the account identified on Attachment A, information pertaining to the following matters:

(a)  Information on subject's travel from Wisconsin to other states with narcotics or firearms;

(b)  Any information regarding narcotic sales;

(c)  The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of sale and use of controlled substances, including records that help reveal their whereabouts;

(d)  Any information related to motive, intent, or knowledge of the violations described above;

(e)  Any information related to the concealment or destruction of evidence of the violations described above;

(f)  The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between the suspect and others related to the relevant offense conduct in the above-listed crimes;

4

(g)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(h)     Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(i)      The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and